IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Scott Edward | Case Number: 06 B 15240 |
|---|---|---|
| | Davis, Nicole A | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 11/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 16, 2008
Confirmed: January 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,454.41 | |
| Secured: | | 32,069.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 200.00 |
| Trustee Fee: | | 1,800.36 |
| Other Funds: | | 1,384.75 |
| Totals: | 35,454.41 | 35,454.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 200.00 | 200.00 |
| 2. | CIT Group/Consumer Finance Inc | Secured | 5,950.00 | 5,600.00 |
| 3. | Chase Home Finance | Secured | 25,190.85 | 23,628.68 |
| 4. | CIT Group/Consumer Finance Inc | Secured | 2,000.00 | 435.20 |
| 5. | Chase Home Finance | Secured | 11,054.10 | 2,405.42 |
| 6. | Triad Financial Services | Unsecured | 9,471.45 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 96.15 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 85.27 | 0.00 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 623.20 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | Credit Collection | Unsecured | | No Claim Filed |
| 12. | First Choice Loans | Unsecured | | No Claim Filed |
| 13. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 14. | Richard Dela Crace | Unsecured | | No Claim Filed |
| 15. | Richard Dela Crace | Unsecured | | No Claim Filed |
| 16. | Advanced Collections Systems Inc | Unsecured | | No Claim Filed |
| 17. | Control Credit Management | Unsecured | | No Claim Filed |
| 18. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| | | | $ 54,671.02 | $ 32,269.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 315.44 |
| 5.4% | 1,484.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Scott Edward<br>Davis, Nicole A<br>Printed: 6/24/08 | Case Number: 06 B 15240<br>Judge: Squires, John H<br>Filed: 11/20/06 |

$ 1,800.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____